### Exhibit A to the Complaint

**Location:** Stamford, CT  
**Total Works Infringed:** 24  
**IP Address:** 173.3.84.160  
**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 06/23/2021 14:44:04 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 2 | Info Hash: 8EE948443FBE7B902CACD7BECB7FEF16C06E5747<br>File Hash: 15E258694DED57BC6C45BCE2EE94A799DB8994134024375CAFCCBC3B9C4ED9B4 | 06/23/2021 14:34:30 | Blacked Raw | 05/31/2021 | 06/15/2021 | PA0002296925 |
| 3 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 06/23/2021 14:33:08 | Vixen | 03/25/2019 | 04/16/2019 | PA0002187577 |
| 4 | Info Hash: 763A6FC5F201546394575CD7601D8C2D7DBD3AE7<br>File Hash: A2BE74C8C93C222986472D05AD8FD915556D28A62D19C4E1BA8E14CFBC4CE75A | 06/09/2021 23:44:30 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 5 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06/03/2021 13:23:03 | Tushy | 05/16/2021 | 06/09/2021 | PA0002295592 |
| 6 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 06/03/2021 13:22:49 | Tushy | 05/07/2021 | 06/09/2021 | PA0002295578 |
| 7 | Info Hash: 65AE22A1EAAA2A80353EE02BDB7D66F72EE58914<br>File Hash: 9874817CCD34961FF2649608FA9E3FA5A8FCF009C044602FAE1913A586BB1D3B | 06/03/2021 13:21:50 | Tushy | 03/28/2021 | 04/27/2021 | PA0002288947 |
| 8 | Info Hash: 71790FDE1C8C4A010156562C4D122EBCF8503A3A<br>File Hash: E559E261908121B2EB325811B95B829307D5DD3F02632942908F14C379482FCB | 06/03/2021 13:21:02 | Tushy | 05/02/2021 | 06/15/2021 | PA0002296917 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EDFC62C9AAB72DDFCD865F492AFC530D912B089E<br>File Hash: FC53C039131B9EACB19F232BAC3627FF51FFA42F09C6ABC2930F4CFC5FAE0414 | 06/01/2021 17:45:22 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 10 | Info Hash: 671DDFBC666A9FFA0E88AB3B20AB945C9AB2FF25<br>File Hash: C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 06/01/2021 17:44:44 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 11 | Info Hash: 1ED7894C730F91D284F9451A87ECDC8F5187BF50<br>File Hash: 38583D10BC13553F985C29BAE89EF5FBF0C3DE0603CF9C41C598EDB9A7D3426E | 06/01/2021 17:42:51 | Blacked Raw | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 12 | Info Hash: 274D8A090846CF3280EB78F923D3E04D7A9D412C<br>File Hash: B3D9AF7D8617190FBC366A51D2C27282B584F9A223D066F90EC4B412738FD81B | 05/24/2021 14:53:55 | Tushy | 05/23/2021 | 06/15/2021 | PA0002296928 |
| 13 | Info Hash: 6438F0772021E1CC3B424B5473C7B33E721935AC<br>File Hash: F24E310E89882D63EB8372AE12F5BD9D5DDB72E3A8DF9A367C7990100B96F466 | 05/24/2021 02:02:44 | Blacked | 05/22/2021 | 06/09/2021 | PA0002295591 |
| 14 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05/18/2021 18:04:51 | Blacked Raw | 04/19/2021 | 04/27/2021 | PA0002288984 |
| 15 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 05/12/2021 13:40:13 | Tushy | 03/14/2021 | 03/22/2021 | PA0002282514 |
| 16 | Info Hash: 338C6273050AF6EFE7A181F010212C72844BB7AB<br>File Hash: E9F47DD51471CC467A124A8630CD4B43E0AF41800AF25111C9FCCAFED079925C | 05/12/2021 13:37:52 | Tushy | 04/04/2021 | 04/14/2021 | PA0002286714 |
| 17 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 05/12/2021 13:36:17 | Tushy | 02/14/2021 | 03/08/2021 | PA0002280366 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 7625B77166EDE28E8265E368E93FE18A92A73B39<br>File Hash: BE70F44E12C12DCBF75E876364FD8ECA3CC1D6C97347B375868989AF907617C2 | 05/11/2021 20:42:14 | Blacked | 07/11/2020 | 07/20/2020 | PA0002248959 |
| 19 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 05/10/2021 03:32:10 | Blacked | 03/27/2021 | 04/27/2021 | PA0002288945 |
| 20 | Info Hash: 7AA7C3174036AFF009D853809B34A80AD514712B<br>File Hash: 4D5EA0D5B01CACCEBF166A44D4A257DF51402865F074343A7356E1160C37E125 | 05/10/2021 03:31:49 | Blacked | 04/10/2021 | 06/09/2021 | PA0002295605 |
| 21 | Info Hash: 2731D3BE6ECD9F4EF189644B16EBA424B73EFBFD<br>File Hash: 96FC13D83810C44230AFE045BFAD3603B19F1A98E46ADFE605A0E3798A867F2D | 05/10/2021 03:31:38 | Blacked | 03/13/2021 | 03/22/2021 | PA0002282509 |
| 22 | Info Hash: C587D17B8A86B8CB3BEE43128ABC776A8B3964C4<br>File Hash: 567F8DCE851BC165130C2706FA18F29DC67C39320F4A78B3B1CB501967D7E030 | 05/04/2021 12:26:19 | Tushy | 01/03/2021 | 02/02/2021 | PA0002280504 |
| 23 | Info Hash: 23648BD528749746833C92AC6B9DE5F1D67F2BD5<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 04/19/2021 17:11:50 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 24 | Info Hash: AC9A5EE29CBCB4F6D3A3B62BDCA7AFD84BCE5EB0<br>File Hash: 443494229C1D0F6C2875311264A7375F811AD1566D902ADF049736CB85269E5C | 04/06/2021 19:42:55 | Blacked Raw | 11/23/2020 | 12/09/2020 | PA0002274806 |